Jodi K. Swick No. 228634
Charan M. Higbee No. 148293
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone: 510.628.2145
Facsimile: 510.628.2146
Email: jodi.swick@mhllp.com
charan.higbee@mhllp.com

Attorneys for Defendant
UNITED OF OMAHA LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SYLVIE PIRCHER, | Case No. 2:19-cv-00604-MCE-EFB |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ORDER** |
| v. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | [F.R.C.P. 41] |
| Defendant. | Complaint Filed: February 18, 2019 |

**IT IS HEREBY STIPULATED**, pursuant to Federal Rule of Civil Procedure 41(a), by and between plaintiff Sylvie Pircher and defendant United of Omaha Life Insurance Company, through their attorneys of record, that the above-entitled action may be dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

Dated: June 27, 2019                McDOWELL HETHERINGTON LLP


                                    By: */S/* *Charan M. Higbee*
                                         Charan M. Higbee

                                    Attorneys for Defendant UNITED OF OMAHA
                                    LIFE INSURANCE COMPANY

**Case No.** 2:19-cv-00604-MCE-EFB         1
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ORDER

| | |
|---|---|
| Dated: July 3, 2019 | LAW OFFICES OF P. RANDALL NOAH |
| | By: */s/ P. Randall Noah* <br> P. Randall Noah |
| | Attorneys for Plaintiff SYLVIE PIRCHER |

**ORDER**

Having read the Parties' Stipulation (ECF No. 19) and good cause appearing therefore, it is HEREBY ORDERED as follows:

1. This action is hereby DISMISSED with prejudice in its entirety and as to all Parties, with all parties to bear their own attorney's fees, costs and expenses; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 3, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE